## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) |
| | ) |
| | ) |
| Applicant, | ) |
| | ) |
| v. | ) |
| | ) |
| **LOYOLA UNIVERSITY MEDICAL CENTER** | ) |
| | ) |
| | ) |
| Respondent. | ) |
| | ) |

## APPLICATION FOR ORDER TO SHOW CAUSE WHY
## A SUBPOENA SHOULD NOT BE ENFORCED

Applicant, the U. S. Equal Employment Opportunity Commission (the "Commission") requests this Court to enter Order to Show Cause directed against Respondent with respect to an administrative subpoena issued by the Commission. In support of this Application, the Commission states as follows:

1.      This action for enforcement of administrative subpoena is instituted pursuant to Section 107 of the Americans with Disabilities Act ("ADA), 42 U.S.C. § 12117, and Section 710 of Title VII of the Civil Rights Act of 1964, as amended, ("Title VII") 42 U.S.C. §2000e-9.

2.      Jurisdiction is conferred upon the Court by Section 107 of the ADA, 42 U.S.C. § 12117, and by Sections 706(f)(3) and 710 of Title VII, 42 U.S.C. §2000e-5(f)(3) and 9.

3.      Applicant is an agency of the United States government charged with the administration, interpretation and enforcement of the employment provisions of the Americans with Disabilities Act, including the investigation of charges of unlawful employment practices.

4.      On about   February 25, 2011, the Commission issued and served upon

1

Respondent EEOC  Subpoena No. CH- 11-87  requiring Respondent to produce evidence as part of the Commission's investigation of a charge of unlawful employment practices which have been filed against the Respondent.

5.      Respondent   has failed to  produce  the information requested in subpoena No. CH 11-87.

WHEREFORE, the Commission requests:

(a)      That an Order to Show Cause issue directing Respondent to appear before this Court and to show cause, if there be any, why an Order should not be entered directing it to produce the information  requested in the Subpoena.

(b)      That, upon the response to the Order to Show Cause, the Court enter an Order directing the Respondent to produce the items requested in the Subpoena

(c)      That the Commission be awarded court costs and attorney fees incurred in this case.

(d)      That the Commission be granted such other relief as may be necessary and appropriate.

Respectfully submitted,


s/ Gordon Waldron
Gordon Waldron
Attorney for Applicant
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
500 W. Madison St., Suite 2000
Chicago, Illinois  60661
(312) 869-8123
gordon.waldron@eeoc.gov
Attorney Registration Number 2920646

2